```
Dmitry Y. Gurovich, Esq.[SBN 181427]
   Elon Berk, Esq. [SBN 209642]
```
**GUROVICH, BERK & ASSOCIATES, APC**
15250 Ventura Boulevard, Suite 1220
   Sherman Oaks, California 91403
      Telephone: (818) 205-1555
      Facsimile: (818) 205-1559

   Attorneys for Defendants:
Migran Petrosyan, Khachatur Arutunyan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, | ) 2:08-cr-00427-MCE |
| Plaintiff, | ) |
| v. | ) **WAIVER OF PERSONAL APPEARANCE OF KHACHATUR ARUTUNYAN** |
| MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, et al. | ) ORDER |
| Defendants. | ) |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, KHACHATUR ARUTUNYAN hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

///
///
///
///

_____
**WAIVER OF PERSONAL APPEARANCE
OF KHACHATUR ARUTUNYAN**

1   Defendant KHACHATUR ARUTUNYAN, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant  KHACHATUR ARUTUNYAN were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant KHACHATUR ARUTUNYAN further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays under the Act without defendant KHACHATUR ARUTUNYAN being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

The original signed copy of this document shall be maintained by counsel.

Dated: June 7, 2010                GUROVICH, BERK & ASSOCIATES, APC.

                                   By:_____
                                      Dmitry Gurovich, Esq.
                                      Attorney for Defendant
                                      KHACHATUR ARUTUNYAN

                                   _____
                                   KHACHATUR ARUTUNYAN, Defendant

IT IS SO ORDERED.

 Dated: June 14, 2010

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

_____
**WAIVER OF PERSONAL APPEARANCE OF KHACHATUR ARUTUNYAN**