BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 08-0427-MCE |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS AS TO |
| v. ) | DEFENDANT KHACHATUR ARUTUNYAN; |
| ) | ORDER |
| KHACHATUR ARUTUNYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

 The United States has been informed that, on or about December 1, 2010, defendant Khachatur Arutunyan passed away. Copies of a death certificate issued by the County of Los Angeles Department of Public Health have been provided to the Pre-Trial Services Office and the United States Attorney's Office. Accordingly, pursuant to Rule 48(a), the government moves to dismiss the charges pending against Khachatur Arutunyan, as to Khachatur Arutunyan only, in the Indictment (ECF No. 13) and

1

Superseding Indictment (ECF No. 166) returned in the above-referenced case.

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: February 8, 2011      By:   /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
                                      Assistant U.S. Attorney

## O R D E R

Good cause having been shown, the Court hereby grants leave to the United States, under Rule 48(a), to dismiss the charges set forth against Khachatur Arutunyan, as to Khachatur Arutunyan only, in the Indictment (ECF No. 13) and the Superseding Indictment (ECF No. 166) returned in the above-referenced case. The motion is GRANTED, and the charges are hereby DISMISSED as to defendant Khachatur Arutunyan.

    IT IS SO ORDERED.

Dated: February 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE